**FILE COPY**



# Court of Appeals

BRIAN QUINN
Chief Justice

JAMES T. CAMPBELL
Justice

PATRICK A. PIRTLE
Justice

JUDY C. PARKER
Justice

Seventh District of Texas
Potter County Courts Building
501 S. Fillmore, Suite 2-A
Amarillo, Texas 79101-2449
www.txcourts.gov/7thcoa.aspx

VIVIAN LONG
Clerk

MAILING ADDRESS:
P. O. Box 9540
79105-9540

(806) 342-2650

May 31, 2018

Earl Griffin, Jr.
Attorney at Law
P. O. Box 730
Childress, TX 79201-0730
* DELIVERED VIA E-MAIL *

J. Staley Heatly
District Attorney
1700 Wilbarger Street, Room 32
Vernon, TX 76384-4749
* DELIVERED VIA E-MAIL *

**RE:**   Case Number:  07-17-00151-CR, 07-17-00299-CR
Trial Court Case Number: 1318

**Style:** Ronald Ray Chappell v. The State of Texas

Dear Counsel:

The Court has issued mandate in the captioned cause.

Very truly yours,

*Vivian Long*

VIVIAN LONG, CLERK

xc:   Honorable Dan Mike Bird (DELIVERED VIA E-MAIL)
Debra Hopkins (DELIVERED VIA E-MAIL)